FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

FIONA TANG, State Bar No. 298101
ftang@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Eaze Solutions, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE LLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAZE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:18-cv-05176-JD<br><br>Hon. James Donato<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Kristine Lloyd, individually and on behalf of all others similarly situated, and Defendant Eaze Solutions, Inc. jointly submit this notice to inform the Court that the parties have reached a proposed settlement of this action. To afford the parties time to confirm certain

information relating to the scope of the proposed settlement and to prepare the settlement agreement and related settlement materials, the parties respectfully request that the Court vacate the motion hearing set for tomorrow, January 17, 2019 (*see* ECF No. 14 (order setting hearing)), and stay all deadlines in this action for sixty (60) days.

The potential settlement does not involve or affect the related action *Williams v. Eaze Solutions, Inc.*, Case No. 18-CV-02598-JD.

Dated: January 16, 2019                           Respectfully submitted,

By: s/ Frank S. Hedin

**HEDIN HALL LLP**

DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*

By: s/ Albert Giang

**BOIES SCHILLER FLEXNER LLP**

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

FIONA TANG, State Bar No. 298101
ftang@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Eaze Solutions, Inc.*