FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Attorneys for Plaintiff and the Putative Class*

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

FIONA TANG, State Bar No. 298101
ftang@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Eaze Solutions, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE LLOYD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>EAZE SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 3:18-cv-05176-JD<br><br>Hon. James Donato<br><br>**JOINT STATUS REPORT CONCERNING PROPOSED SETTLEMENT** |

The parties to this action – Plaintiff Kristine Lloyd, individually and on behalf of all others similarly situated, and Defendant Eaze Solutions, Inc. – jointly submit this report to update the Court regarding the status of the proposed settlement of this action.

1 On January 16, 2019, the parties notified the Court that they had reached a proposed settlement of this action.  (ECF No. 21.)   Since that time, the parties have completed the confirmatory discovery process, selected a proposed claims administrator, and are close to finalizing a formal settlement agreement.  The parties are working diligently to complete the proposed class notices, claim forms, website copy, and related materials.  The parties anticipate completing this work in the next 7-10 days, and thus anticipate submitting the proposed settlement and related materials for approval by March 29, 2019.

Dated: March 18, 2019

Respectfully submitted,

By: s/ Frank S. Hedin

**HEDIN HALL LLP**

DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Attorneys for Plaintiff and the Putative Class*

By: s/ Michael D. Roth

**BOIES SCHILLER FLEXNER LLP**

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

FIONA TANG, State Bar No. 298101
ftang@bsfllp.com
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

*Attorneys for Defendant Eaze Solutions, Inc.*