# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: May 9, 2019  Judge: Hon. James Donato

Time: 9 Minutes

Case No.  **C-18-05176-JD**
Case Name  **Lloyd v. Eaze Solutions, Inc.**

Attorney(s) for Plaintiff(s):  Frank Hedin/David Hall
Attorney(s) for Defendant(s):  Michael D. Roth

Deputy Clerk: Lisa R. Clark  Court Reporter: Vicki Eastvold

## PROCEEDINGS

Motion for Preliminary Approval of Class Action Settlement - Held

## NOTES AND ORDERS

The Court denies plaintiffs' motion for preliminary approval of a class action settlement (Dkt. No. 25) for the following reasons:

- The motion papers do not adequately explain "[t]he anticipated class recovery under the settlement, the potential class recovery if plaintiffs had fully prevailed on each of their claims, and an explanation of the factors bearing on the amount of the compromise." *See* Procedural Guidance for Class Action Settlements (N.D. Cal.), Preliminary Approval § (1)(e). The papers do not satisfactorily explain the steep discount contemplated by the settlement. The Court also finds the assumed 10% participation rate to be unsupported.

- The Court is not satisfied with the claims process and why defendant cannot mail checks to the class members, whose identities are generally known to the parties, without a claim forms procedure.

- The Court finds inadequate the lack of discussion about the option of providing notice to the class via text message.

The parties may file a status update by May 16, 2019, informing the Court of how they wish to proceed with this litigation.