Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
David W. Hall (SBN 274921)
dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiffs and the Putative Class*

Albert Giang (SBN 224332)
agiang@bsfllp.com
Michael D. Roth (SBN 217464)
mroth@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Eaze Solutions, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE LLOYD; and JULIUS MENA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>EAZE SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 3:18-cv-05176-JD<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's May 9, 2019 Minute Entry (ECF No. 31), Plaintiffs Kristine Lloyd and Julius Mena and Defendant Eaze Solutions, Inc. submit this joint status report to notify the Court that the parties have been unable to reach a proposed revised settlement of the case at this time but have agreed to continue to discuss potential resolutions in good faith as the case progresses.

Plaintiffs respectfully request that the litigation be permitted to resume in the ordinary course. Eaze respectfully requests two weeks to allow for sufficient time to formally re-engage the

mediator and continue to discuss potential resolutions prior to resuming the litigation.  If litigation is resumed immediately, Eaze requests thirty (30) days to respond to the First Amended Complaint.

Dated:  May 30, 2019

Respectfully submitted,

**HEDIN HALL LLP**

By: s/ Frank S. Hedin
FRANK S. HEDIN, State Bar No. 291289
fhedin@hedinhall.com
DAVID W. HALL, State Bar No. 274921
dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Attorneys for Plaintiffs and the Putative Class*

By: s/ Michael D. Roth

**BOIES SCHILLER FLEXNER LLP**

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Eaze Solutions, Inc.*

- 2 -

JOINT STATUS REPORT