FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Eaze Solutions, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE LLOYD; and JULIUS MENA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAZE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 3:18-cv-05176-JD<br><br>Hon. James Donato<br><br>**JOINT NOTICE OF REVISED SETTLEMENT** |

Plaintiffs Kristine Lloyd and Julius Mena, individually and on behalf of all others similarly situated, and Defendant Eaze Solutions, Inc. ("Eaze") jointly submit this notice to inform the Court that the Parties have reached a revised proposed settlement of this action.

This proposed settlement follows the denial of the request for preliminary approval of a prior settlement agreement (ECF No. 31) and the Parties' Joint Case Management Report (ECF No. 36) in which the Parties proposed various scheduling deadlines for the case to proceed based on the agreement that Eaze would respond to the First Amended Complaint by July 15, 2019, but

4830-8648-8988v1

1 no deadlines have yet been fixed by order of the Court.

2     To afford the Parties time to finalize their agreement, and prepare the settlement agreement and related settlement materials, the Parties have stipulated to continue the time for Eaze to respond to the First Amended Complaint for thirty (30) days, up to and including August 14, 2019, and jointly request that the Court stay this action for sixty (60) days while the Parties document the proposed settlement.

    The proposed settlement does not involve or affect the related action *Williams v. Eaze Solutions, Inc.*, Case No. 18-CV-02598-JD.

Dated: July 15, 2019      Respectfully submitted,

By: /s/ Frank S. Hedin

**HEDIN HALL LLP**

DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*

By: /s/ Michael D. Roth

**BOIES SCHILLER FLEXNER LLP**

ALBERT GIANG, State Bar No. 224332
agiang@bsfllp.com
MICHAEL D. ROTH, State Bar No. 217464
mroth@bsfllp.com
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Eaze Solutions, Inc.*