**BOIES SCHILLER FLEXNER LLP**
ALBERT GIANG, State Bar No. 224332
  *agiang@bsfllp.com*
MICHAEL D. ROTH, State Bar No. 217464
  *mroth@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Eaze Solutions, Inc.

**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
  *fhedin@hedinhall.com*
David W. Hall (SBN 274921)
  *dhall@hedinhall.com*
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Tel: (415) 766-3534; Fax: (415) 402-0058

Attorneys for Plaintiff Kristine Lloyd

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTINE LLOYD,<br><br>  Plaintiff,<br><br>  v.<br><br>EAZE SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 18-CV-05176-JD<br><br>[Related to Case No. 18-CV-02598-JD]<br><br>**STIPULATION TO CONTINUE STAY PENDING FILING OF MOTION TO APPROVE SETTLEMENT; [PROPOSED] ORDER**<br><br>**Judge:**      Hon. James Donato<br><br>Complaint Filed:   August 23, 2018<br>Trial Date:       Not Set |

This Stipulation is made between Plaintiffs Kristine Lloyd ("Lloyd") and Julius Mena ("Mena") (collectively, "Plaintiffs") and Defendant Eaze Solutions, Inc. ("Eaze"), by and through their counsel of record:

WHEREAS, Plaintiffs filed a First Amended Complaint in this Telephone Consumer Protection Act ("TCPA") class action on March 30, 2019;

WHEREAS, on May 9, 2019, the Court held a hearing and denied Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, following the denial of the preliminary approval motion, the Parties worked diligently to reach a revised settlement agreement that addressed the Court's concerns;

WHEREAS, on July 15, 2019, the Parties filed a Notice of Revised Settlement and requested a 60-day stay to document the revised settlement agreement;

WHEREAS, on July 18, 2019, the Court stayed this case for 60 days while the Parties document their proposed revised settlement, which stay is set to expire on September 16, 2019;

WHEREAS, the Parties have signed a binding Term Sheet, have been working diligently to document their revised settlement in a long form agreement, and have been working with KCC, LLC, as the Settlement Administrator to design a detailed notice and direct payment plan to facilitate a settlement that addresses the concerns expressed by the Court in connection with the initial settlement agreement;

WHEREAS, the Parties require additional time to complete the documentation of the long-form settlement agreement, prepare the notice documents to be sent to class members, and to complete and file a preliminary approval motion;

WHEREAS, subject to Court approval, the Parties stipulate to continue the stay of this action for another 30 days, up to and including, October 16, 2019, during which time the Parties believe that the settlement agreement and preliminary approval documents will all be completed;

THEREFORE, subject to the approval of the Court pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate to stay this action for an additional 30 days, up to and including, October 16, 2019.

**IT IS SO STIPULATED.**

Dated:  September 12, 2019

By: */s/ Michael D. Roth*
    BOIES SCHILLER FLEXNER LLP
    Albert Giang (SBN 224332)
    agiang@bsfllp.com
    Michael D. Roth (SBN 217464)
    mroth@bsfllp.com
    725 S Figueroa Street, 31st Floor
    Los Angeles, California 90017

*Attorneys for Defendant Eaze Solutions, Inc.*

By: */s/ Frank Hedin*
    Frank S. Hedin (SBN 291289)
    fhedin@hedinhall.com
    David W. Hall (SBN 274921)
    dhall@hedinhall.com
    HEDIN HALL LLP
    Four Embarcadero Center, Suite 1400
    San Francisco, California 94104

*Attorneys for Plaintiffs Kristine Lloyd and Julius Mena*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Michael D. Roth*
    Michael D. Roth

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

The stay of this action is continued for an additional 30 days, up to and including, October 16, 2019.

**IT IS SO ORDERED.**

DATED: _____, 2019

By _____
HONORABLE JAMES DONATO
United States District Judge

Prepared By:

  */s/ Michael D. Roth*
MICHAEL D. ROTH
BOIES SCHILLER FLEXNER LLP
Attorneys for Defendant EAZE SOLUTIONS, INC.

# DECLARATION OF MICHAEL D. ROTH

I, MICHAEL D. ROTH, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am a partner at Boies Schiller Flexner LLP, counsel for Defendant Eaze Solutions, Inc. ("Eaze"). I submit this declaration in support of Stipulation to Continue Stay. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. This Telephone Consumer Protection Act ("TCPA") class action was originally filed on August 23, 2018.

3. On September 14, 2018, the Parties previously stipulated for an extension of time for Eaze to respond to the original Complaint.

4. On October 22, 2018, the Court granted the Parties' stipulation to modify the briefing schedule and hearing date on Eaze's motion to dismiss the Complaint.

5. On January 16, 2019, the Parties filed a Notice of Settlement regarding the original settlement of this action, and the Court terminated the pending motion to dismiss and vacated the hearing date regarding the motion.

6. Plaintiffs Kristine Lloyd ("Lloyd") and Julius Mena ("Mena") (collectively, "Plaintiffs") filed a First Amended Complaint in this class action on March 30, 2019, and on the same day also filed a Motion for Preliminary Approval of Class Action Settlement.

7. On May 9, 2019, the Court held a hearing and denied Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

8. Following the denial of the preliminary approval motion, the Parties worked diligently to reach a revised settlement agreement that addressed the Court's concerns.

9. On July 15, 2019, the Parties filed a Notice of Revised Settlement and requested a 60-day stay to document the revised settlement agreement.

10. On July 18, 2019, the Court stayed this case for 60 days for the Parties to document their proposed settlement, which stay is set to expire on September 16, 2019.

11. The Parties have signed a binding Term Sheet, have been working diligently to document their settlement in a long form agreement, and have been working with KCC, LLC, as the Settlement Administrator, to design a detailed notice and direct payment plan to facilitate a settlement that addresses the concerns expressed by the Court in connection with the initial settlement agreement.

12. The Parties require additional time to complete the documentation of the long-form settlement agreement, prepare the notice documents to be sent to class members, and to complete and file a preliminary approval motion.

13. The Parties have not requested any time modifications in this case, other than those set forth above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed September 12, 2019, at Los Angeles, California.

    /s/ Michael D. Roth
MICHAEL D. ROTH