# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: December 5, 2019  Judge: Hon. James Donato

Time: 23 minutes

Case No.  **C-18-05176-JD**
Case Name  **Lloyd v. Eaze Solutions, Inc.**

Attorney(s) for Plaintiff(s):  David Hall, Frank Hedin
Attorney(s) for Defendant(s):  Albert Giang, Michael Roth

Deputy Clerk: Teddy Van Ness  Court Reporter: Ana Dub

## PROCEEDINGS

Motion for Preliminary Approval of Class Action Settlement -- Held

## NOTES AND ORDERS

Plaintiffs' renewed motion for preliminary approval of a class action settlement is denied. Dkt. No. 43. A written order and an amended case management schedule restoring the case to the trial calendar will be filed.