**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
  *fhedin@hedinhall.com*
David W. Hall (SBN 274921)
  *dhall@hedinhall.com*
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Attorneys for Plaintiffs Lloyd and Mena*

**BOIES SCHILLER FLEXNER LLP**
ALBERT GIANG, State Bar No. 224332
  *agiang@bsfllp.com*
MICHAEL D. ROTH, State Bar No. 217464
  *mroth@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant Eaze Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTINE LLOYD; and JULIUS MENA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAZE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 18-CV-05176-JD<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES AND CONTINUE HEARING DATE ON PENDING MOTIONS; [PROPOSED] ORDER**<br><br>**Judge:** Hon. James Donato<br><br>Complaint Filed:  August 23, 2018<br>Trial Date:  Not Set |

This Stipulation is made between Plaintiffs Kristine Lloyd ("Lloyd") and Julius Mena ("Mena") (collectively, "Plaintiffs") and Defendant Eaze Solutions, Inc. ("Eaze"), by and through their counsel of record:

WHEREAS, Plaintiffs filed the operative First Amended Complaint in this Telephone Consumer Protection Act ("TCPA") class action on March 30, 2019;

WHEREAS, the Parties have twice moved for preliminary approval of a class-wide resolution to this case (ECF Nos. 25, 43) and the Court has twice denied preliminary approval of the parties' proposed settlement (ECF Nos. 31, 49);

WHEREAS, on January 6, 2020, Defendant moved to dismiss Plaintiff Lloyd's claims for failure to state a claim for relief pursuant to Rule 12(b)(6) (ECF No. 51), moved to compel Plaintiff Mena's claims to individual arbitration (ECF No. 53), and moved to stay discovery pending resolution of the motion to compel individual arbitration (ECF No. 54);

WHEREAS, the deadline for Plaintiffs to respond in opposition to each of the pending motions (ECF Nos. 51, 53, 54) is presently January 21, 2020, the deadline for Defendant to submit replies in support of the pending motions is presently January 28, 2020, and a hearing on the pending motions is presently set for February 13, 2020 at 10:00 a.m.;

WHEREAS, in light of preexisting travel arrangements and deadlines in multiple other matters, Plaintiffs' counsel requires additional time to adequately prepare responses in opposition to Defendant's pending motions;

WHEREAS, subject to Court approval, the Parties have agreed to extend the deadline for Plaintiffs to respond in opposition to the pending motions (ECF Nos. 51, 53, 54) by seventeen days, up to and including February 7, 2020; to extend the deadline for Defendant to thereafter submit replies in support of the pending motions by one week, up to and including February 21, 2020; and to continue the hearing date on the pending motions until March 5, 2020 at 10:00 a.m.

THEREFORE, subject to the approval of the Court pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate to extend the deadline for Plaintiffs to respond in opposition to the pending motions (ECF Nos. 51, 53, 54) by seventeen days, up to and including February 7, 2020; to extend the deadline for Defendant to thereafter submit replies in support of the pending motions

1 | by one week, up to and including February 21, 2020; and to continue the hearing date on the
2 | pending motions until March 5, 2020 at 10:00 a.m.
3 |
4 |      **IT IS SO STIPULATED.**
5 | Dated:  January 17, 2020

| By: */s/ Michael D. Roth* | By: */s/ Frank Hedin* |
|---|---|
| BOIES SCHILLER FLEXNER LLP | HEDIN HALL LLP |
| Albert Giang (SBN 224332) | Frank S. Hedin (SBN 291289) |
| agiang@bsfllp.com | fhedin@hedinhall.com |
| Michael D. Roth (SBN 217464) | David W. Hall (SBN 274921) |
| mroth@bsfllp.com | dhall@hedinhall.com |
| 725 South Figueroa Street, 31st Floor | Four Embarcadero Center, Suite 1400 |
| Los Angeles, California 90017 | San Francisco, California 94104 |
| *Attorneys for Defendant Eaze Solutions, Inc.* | *Attorneys for Plaintiffs Kristine Lloyd and Julius Mena* |

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                    By: */s/ Frank S. Hedin*
                                                         Frank S. Hedin

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS HEREBY ORDERED THAT:**

The deadline for Plaintiffs to respond in opposition to the pending motions (ECF Nos. 51, 53, 54) is extended by seventeen days, up to and including February 7, 2020.

The deadline for Defendant to thereafter submit replies in support of the pending motions is extended by ten days, up to and including February 21, 2020.

The hearing date on the pending motions is continued until March 5, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2020

By _____
HONORABLE JAMES DONATO
United States District Judge

Prepared By:

*/s/ Frank S. Hedin*
FRANK S. HEDIN
HEDIN HALL LLP
Attorneys for Plaintiffs

**DECLARATION OF FRANK S. HEDIN**

I, FRANK S. HEDIN, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am a partner at Hedin Hall LLP, counsel for Plaintiffs. I submit this declaration in support of the Stipulation to Extend Deadlines and Continue Hearing Date. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. This Telephone Consumer Protection Act class action was originally filed on August 23, 2018.

3. On September 14, 2018, the Parties previously stipulated for an extension of time for Eaze to respond to the original Complaint.

4. On October 22, 2018, the Court granted the Parties' stipulation to modify the briefing schedule and hearing date on Eaze's motion to dismiss the Complaint.

5. On January 16, 2019, the Parties filed a Notice of Settlement regarding the original settlement of this action, and the Court terminated the pending motion to dismiss and vacated the hearing date regarding the motion.

6. Plaintiffs filed a First Amended Complaint in this class action on March 30, 2019, and on the same day also filed a Motion for Preliminary Approval of Class Action Settlement.

7. On May 9, 2019, the Court held a hearing and denied Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

8. Following the denial of the preliminary approval motion, the Parties worked diligently to reach a revised settlement agreement that addressed the Court's concerns.

9. On July 15, 2019, the Parties filed a Notice of Revised Settlement and requested a 60-day stay to document the revised settlement agreement.

10. On July 18, 2019, the Court stayed this case for 60 days for the Parties to document their proposed settlement, which stay was set to expire on September 16, 2019.

11. On September 17, 2019, the Court approved the Parties' stipulated request for an additional 30-day stay to continue preparing the revised settlement materials.

12. On October 21, 2019, the Court approved another stipulated request of the Parties for an additional brief stay until October 23, 2019 to finalize the revised proposed settlement materials.

13. On December 5, 2019, the Court held a hearing on Plaintiffs' revised Motion for Preliminary Approval of Class Action Settlement. The following day, the Court issued an order denying Plaintiffs' revised Motion for Preliminary Approval of Class Action Settlement (ECF No. 49).

14. On January 6, 2020, Defendant moved to dismiss Plaintiff Lloyd's claims for failure to state a claim for relief pursuant to Rule 12(b)(6) (ECF No. 51), moved to compel Plaintiff Mena's claims to individual arbitration arbitration (ECF No. 53), and moved to stay discovery pending resolution of the motion to compel individual arbitration (ECF No. 54).

15. At present, the deadline for Plaintiffs to respond in opposition to each of the pending motions (ECF Nos. 51, 53, 54) is January 21, 2020, the deadline for Defendant to submit replies in support of the pending motions is January 28, 2020, and a hearing on the pending motions is set for February 13, 2020 ar 10:00 a.m.

16. Since the filing of Defendant's pending motions, my colleague David W. Hall and I have each had preexisting travel arrangements and deadlines in multiple other matters, and we both have additional preexisting travel arrangements and deadlines in other matters over the next week prior to the January 21, 2020 deadline for Plaintiffs to respond in opposition to Defendant's pending motions. Accordingly, Mr. Hall and I require a brief period of additional time to adequately prepare responses to the pending motions on Plaintiffs' behalf.

17. The Parties have not requested any time modifications in this case, other than those set forth above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 17, 2020, at Napa, California.

/s/ Frank S. Hedin
FRANK S. HEDIN