MICHAEL D. ROTH (State Bar No. 217464)
  mroth@kslaw.com
ALBERT GIANG (State Bar No. 224332)
  agiang@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     (213) 218-4014
Facsimile:     (213) 443-4310

*Attorneys for Defendant*
*EAZE SOLUTIONS, INC.*

Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
David W. Hall (SBN 274921)
dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Tel: (415) 766-3534; Fax: (415) 402-0058

*Attorneys for Plaintiffs*
*KRISTINE LLOYD and JULIUS MENA*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTINE LLOYD; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> EAZE SOLUTIONS, INC., <br><br> Defendant. | Case No. 3:18-cv-05176-JD <br><br> [Related to Case No. 3:18-CV-02598-JD] <br><br> **JOINT STATUS REPORT REGARDING STAY OF PROCEEDINGS PENDING THE U.S. SUPREME COURT'S DECISION IN *FACEBOOK, INC. V. DUGUID*, NO. 19-511** <br><br> Judge: Hon. James Donato <br><br> Amended Complaint Filed: March 30, 2019 |

On August 17, 2020, pursuant to the Parties' joint request (Dkt. No. 70), the Court stayed this action pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511. (*See* Dkt. No. 71). The Court also (1) ordered the Parties to file a joint status report within twenty-one days of the Supreme Court's *Facebook* decision; (2) vacated all deadlines and hearings; (3) terminated all pending motions without prejudice; and (4) administratively closed the matter.

The Supreme Court decided *Facebook, Inc. v. Duguid*, No. 19-511 on April 1, 2021, and the Parties hereby submit this Joint Status Report. In light of the *Facebook* decision, the Parties have reengaged a private mediator to attempt to resolve the case. The mediation is scheduled to occur on May 27, 2021, with Robert Meyer of JAMS serving as the mediator.

Accordingly, the Parties jointly request that the matter remain stayed and administratively closed, and that the Parties file a further Joint Status Report within fourteen days of the mediation and no later than June 10, 2021.

DATED: April 23, 2021                  Respectfully submitted,

                                       KING & SPALDING LLP

                                       By   */s/ Michael D. Roth*
                                       Michael D. Roth (SBN 217464)
                                         mroth@kslaw.com
                                       Albert Giang (SBN 224332)
                                         agiang@kslaw.com
                                       633 West Fifth Street, Suite 1600
                                       Los Angeles, CA 90071

                                       *Attorneys for Defendant*
                                       *EAZE SOLUTIONS, INC.*

DATED: April 23, 2021                  HEDIN HALL LLP

                                       By   */s/ David W. Hall*
                                       Frank S. Hedin (SBN 291289)
                                         fhedin@hedinhall.com
                                       David W. Hall (SBN 274921)
                                         dhall@hedinhall.com
                                       Four Embarcadero Center, Suite 1400
                                       San Francisco, California 94104

                                       *Attorneys for Plaintiffs KRISTINE*
                                       *LLOYD and JULIUS MENA*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Michael D. Roth*
Michael D. Roth